**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ERIC LEE LEVI, | ) | No. CV 08-4261-PSG(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| V.M. ALMAGER, WARDEN, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: June 30, 2011

PHILIP S. GUTIERREZ
United States District Judge